IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| ALVARO RAMIREZ ESCALONA, | * | |
| Petitioner, | * | |
| v. | | Case No. 7:26-cv-145 (LAG-ALS) |
| | * | |
| WARDEN, IRWIN COUNTY DETENTION CENTER, | * | |
| Respondent. | * | |

## **JUDGMENT**

Pursuant to this Court's Order dated September 1, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 1st day of September, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk